IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-00233 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c) |
| JUSTIN DUANE BRUMLEY | ) | 21 U.S.C. § 841(a)(1) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about November 28, 2023, in the Middle District of Tennessee, the defendant, **JUSTIN DUANE BRUMLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Jimenez Arms, Model: J.A. .22lr caliber pistol; a FM, Model Hi Power 9x19mm pistol; and a Taurus, model: 559 .38 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about November 28, 2023, in the Middle District of Tennessee, the defendant, **JUSTIN DUANE BRUMLEY,** knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, and 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about November 28, 2023, in the Middle District of Tennessee, the defendant, **JUSTIN DUANE BRUMLEY,** did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY